**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1584

LIZZIE LOU SIMPSON,

Plaintiff - Appellant,

versus

OFFICER SHERRI SIMPKINS; CLINTON POLICE DE-
PARTMENT; CITY OF CLINTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-99-3356-6-13AK)

Submitted:  September 21, 2000      Decided:  September 27, 2000

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lizzie Lou Simpson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lizzie Lou Simpson appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting and modifying the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Simpson v. Simpkins</u>, No. CA-99-3356-6-13AK (D.S.C. Apr. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>